NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

JONATHAN IVAN BEYERS, *Petitioner.*

No. 1 CA-CR 18-0544 PRPC
FILED 11-6-2018

Petition for Review from the Superior Court in Maricopa County
No. CR2013-446755-002
The Honorable Bradley H. Astrowsky, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Jonathan Ivan Beyers, Kingman
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Kenton D. Jones, Vice Chief Judge Peter B. Swann, and
Judge David D. Weinzweig delivered the decision of the Court.

**P E R   C U R I A M**:

**¶1**          Jonathan Beyers seeks review of the superior court's order dismissing his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is the petitioner's first petition.

**¶2**          Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 576-77, ¶ 19 (2012).  It is the petitioner's burden to show that the superior court abused its discretion in denying the petition.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

**¶3**          We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find that the petitioner has not shown any abuse of discretion.

**¶4**          Accordingly, we grant review and deny relief.

